

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:   (415) 268-2000
   Facsimile:   (415) 268-1999
4  Email:    matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN RECORDS
7  AMERICA, INC.; INTERSCOPE RECORDS;
   BMG MUSIC; ARISTA RECORDS LLC; and
8  WARNER BROS. RECORDS INC.
9
10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12
13  UMG RECORDINGS, INC., a Delaware          CASE NO.
    corporation; VIRGIN RECORDS AMERICA,
14  INC., a California corporation; INTERSCOPE    [PROPOSED] ORDER GRANTING
    RECORDS, a California general partnership;    PLAINTIFFS' *EX PARTE* APPLICATION
15  BMG MUSIC, a New York general partnership;    FOR LEAVE TO TAKE IMMEDIATE
    ARISTA RECORDS LLC, a Delaware limited    DISCOVERY
16  liability company; and WARNER BROS.
    RECORDS INC., a Delaware corporation,
17                              Plaintiffs,
18
19          v.
20
21  JOHN DOE,
                             Defendant.
22
23
24
25
26
27
28

Proposed Order
Case No.
#32532 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2    Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to

4    obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks

5    documents that identify Defendant, including the name, current (and permanent) address and

6    telephone number, e-mail address, and Media Access Control addresses for Defendant.  The

7    disclosure of this information is consistent with  University of San Francisco's obligations under 20

8    U.S.C. 1232g.

9    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

10    the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

11    under the Copyright Act.

12

13

14    Dated: _____        By: _____

15                                        United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Proposed Order
Case No.
#32532 v1