**United States District Court**
For the Northern District of California

1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8    UMG RECORDINGS et al,                    No. C 07-04860 MHP

9              Plaintiff(s),                  **CLERK'S NOTICE**
                                              **(Rescheduling Case Management Conference)**
10      v.

11   JOHN DOE  et al,

12             Defendant(s).
     _____/

13

14

15          Due to the unavailability of court, the case management conference in this matter currently

16   set for December 24, 2007, is hereby rescheduled to **January 10, 2008, at 3:00 p.m.**  The Joint Case

17   Management Statement is due ten days prior to the conference.  Plaintiff shall serve this notice on all

18   defendants NOT appearing on the service list.

19

20                                           Richard W. Wieking
                                             Clerk, U.S. District Court
21

22

23   Dated:  December 5, 2007                Anthony Bowser, Deputy Clerk to the
                                             Honorable Marilyn Hall Patel
24                                                  (415) 522-3140

25

26

27

28