Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:          matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN
RECORDS AMERICA, INC.;
INTERSCOPE RECORDS; BMG MUSIC;
ARISTA RECORDS LLC; and WARNER
BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　　　Plaintiffs,<br>　　v.<br>JOHN DOE,<br>　　　　　　　Defendant. | CASE NO. 3:07-CV-04860-MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1   Plaintiffs respectfully request that the Court continue the case management conference currently set for January 10, 2008 at 3:00 p.m. to April 10, 2008.[1]  Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended from January 18, 2008 to May 16, 2008.  As set forth in greater detail below, Plaintiffs do not yet know Defendant's true identity and will be unable to identify Defendant unless and until the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed on September 20, 2007.

Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007.  Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned to Defendant by Defendant's Internet Service Provider – here, University of San Francisco ("USF").  Accordingly, also on September 20, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule 45 subpoena on USF so that Plaintiffs could discover information sufficient to identify Defendant.  The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on USF.  However, until that time, Plaintiffs cannot identify and serve Defendant or otherwise advance this litigation.

Given the foregoing circumstances, a case management conference is unnecessary at this time.  Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for January 10, 2008, at 3:00 p.m. to April 10, 2008.

Furthermore, the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on January 18, 2008.  Unless and until Plaintiffs learn Defendant's identity, Plaintiffs will be unable to amend the complaint to name Defendant, or serve the amended complaint

---

[1] The Court, of its own accord, previously rescheduled the case management conference to its current date from the originally scheduled date of December 24, 2007.

1

1 on Defendant.  Even if the Court were to grant Plaintiffs' *Ex Parte* Application for Leave to Take
2 Immediate Discovery in the near future and Plaintiffs were then to immediately serve a subpoena on
3 USF, it is unlikely that Plaintiffs would learn Defendant's identity before the original service
4 deadline passes.  Moreover, Plaintiffs would be left with little or no time to contact Defendant and
5 attempt to resolve this matter or to amend the complaint to name Defendant and attempt to serve the
6 amended complaint.

7     Therefore, Plaintiffs respectfully request that the time to serve the Summons and Complaint
8 on Defendant be extended to May 16, 2008.

9 Dated:  December 20, 2007                              HOLME ROBERTS & OWEN LLP

11                                                    By: _____*/s/ Matthew Franklin Jaksa*___
12                                                           MATTHEW FRANKLIN JAKSA
                                                            Attorney for Plaintiffs

**ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 10, 2008, at 3:00 p.m. be continued to April 10, 2008.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to May 16, 2008.

Dated: _____     By: _____
                                                          Honorable Marilyn H. Patel
                                                          United States District Judge