1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:    (415) 268-1999
   Email:         matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   UMG RECORDINGS, INC.; VIRGIN
7  RECORDS AMERICA, INC.;
   INTERSCOPE RECORDS; BMG MUSIC;
8  ARISTA RECORDS LLC; and WARNER
   BROS. RECORDS INC.
9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation, Plaintiffs, v. JOHN DOE, Defendant. | CASE NO. 3:07-CV-04860-MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1 | Plaintiffs respectfully request that the Court continue the case management conference
2 | currently set for January 10, 2008 at 3:00 p.m. to April 10, 2008.[1] Plaintiffs further request, pursuant
3 | to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the
4 | Summons and Complaint on Defendant be extended from January 18, 2008 to May 16, 2008. As set
5 | forth in greater detail below, Plaintiffs do not yet know Defendant's true identity and will be unable
6 | to identify Defendant unless and until the Court grants Plaintiffs' *Ex Parte* Application for Leave to
7 | Take Immediate Discovery, filed on September 20, 2007.

8 | Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe
9 | ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to
10 | name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol
11 | address assigned to Defendant by Defendant's Internet Service Provider – here, University of San
12 | Francisco ("USF"). Accordingly, also on September 20, 2007, Plaintiffs filed their *Ex Parte*
13 | Application for Leave to Take Immediate Discovery, seeking the Court's permission to serve a Rule
14 | 45 subpoena on USF so that Plaintiffs could discover information sufficient to identify Defendant.
15 | The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate
16 | Discovery.

17 | If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery,
18 | Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on USF.
19 | However, until that time, Plaintiffs cannot identify and serve Defendant or otherwise advance this
20 | litigation.

21 | Given the foregoing circumstances, a case management conference is unnecessary at this
22 | time. Plaintiffs therefore respectfully request that the Court continue the case management
23 | conference currently set for January 10, 2008, at 3:00 p.m. to April 10, 2008. at 4:00 p.m.

24 | Furthermore, the original time period for Plaintiffs to serve the Summons and Complaint on
25 | Defendant will expire on January 18, 2008. Unless and until Plaintiffs learn Defendant's identity,
26 | Plaintiffs will be unable to amend the complaint to name Defendant, or serve the amended complaint

---

[1] The Court, of its own accord, previously rescheduled the case management conference to its current date from the originally scheduled date of December 24, 2007.

1

1 on Defendant. Even if the Court were to grant Plaintiffs' *Ex Parte* Application for Leave to Take
2 Immediate Discovery in the near future and Plaintiffs were then to immediately serve a subpoena on
3 USF, it is unlikely that Plaintiffs would learn Defendant's identity before the original service
4 deadline passes. Moreover, Plaintiffs would be left with little or no time to contact Defendant and
5 attempt to resolve this matter or to amend the complaint to name Defendant and attempt to serve the
6 amended complaint.

7 Therefore, Plaintiffs respectfully request that the time to serve the Summons and Complaint
8 on Defendant be extended to May 16, 2008.

9 Dated:  December 20, 2007                                    HOLME ROBERTS & OWEN LLP

11                                                             By: _____*/s/ Matthew Franklin Jaksa*___
12                                                                 MATTHEW FRANKLIN JAKSA
                                                                   Attorney for Plaintiffs

2

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04860-MHP
#34586 v1

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for January 10, 2008, at 3:00 p.m. be continued to April 10, 2008. **at 4:00 p.m.**

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to May 16, 2008.

Dated: January 10, 2008          By: _____
                                    Hon. ...
                                    Uni...

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*