Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; BMG MUSIC; ARISTA RECORDS LLC; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO. 3:07-CV-04860-MHP<br><br>Honorable Marilyn H. Patel<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04860-MHP
#36370 v1

Plaintiffs respectfully request that the Court continue the case management conference currently set for April 10, 2008 at 4:00 p.m. to July 10, 2008. As set forth in greater detail below, Plaintiffs have not yet discovered the true identity of the Doe defendant in this case, and will be unable to do so unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, filed on September 20, 2007 and entered as Docket No. 4.

1. The Court issued a January 10, 2008 Order granting Plaintiffs' previous request (made on the same grounds stated herein) for a 90-day continuance of the case management conference and 120-day extension of time for service of process.[1]

2. Plaintiffs filed the Complaint for Copyright Infringement against Defendant John Doe ("Defendant") on September 20, 2007. Plaintiffs did not have sufficient identifying information to name Defendant in the Complaint, but were able to identify Defendant by the Internet Protocol address assigned by Defendant's Internet Service Provider – here, University of San Francisco ("USF").

3. In order to determine Defendant's true identity, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery on September 20, 2007, seeking the Court's permission to serve a Rule 45 subpoena on USF. The Court has not yet ruled on Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery.

4. If the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs will attempt to determine Defendant's identity by serving a Rule 45 subpoena on USF. If Defendant is identified, Plaintiffs will give Defendant written notice of their claim and attempt to contact Defendant and resolve the dispute. If the dispute cannot be resolved, Plaintiffs plan to file a First Amended Complaint naming Defendant individually and then proceed to serve process upon him or her.

5. However, unless the Court grants Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, Plaintiffs cannot identify the Doe defendant, initiate settlement talks, or name Defendant individually and begin service attempts.

---

[1] Prior to that Order, the Court, *sua sponte*, rescheduled the initial case management conference from December 24, 2007 to January 10, 2008.

1

Ex Parte Application and [Proposed] Order
Case No. 3:07-cv-04860-MHP
#36370 v1

6.  Given the foregoing circumstances, and because there is no known defendant with whom to confer, a case management conference is unnecessary at this time. Plaintiffs therefore respectfully request that the Court continue the case management conference currently set for April 10, 2008 at 4:00 p.m. to July 10, 2008.

Dated: March 24, 2008                                   HOLME ROBERTS & OWEN LLP

By:  _____/s/ Matthew Franklin Jaksa____
       MATTHEW FRANKLIN JAKSA
       Attorney for Plaintiffs

### [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for April 10, 2008 at 4:00 p.m. be continued to July 10, 2008.

Dated:  3/27/2008 _____                 By: 
                                                                                        IT IS SO ORDERED
                                                                                        Judge Marilyn H. Patel