UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UMG RECORDINGS, INC., et al.,

        Plaintiff(s),

 vs.

JOHN DOE,

        Defendant(s).

No. C07-04860 MHP

**ORDER RE FURTHER SUBMISSIONS**

    Plaintiffs have filed a complaint for copyright infringement with respect to certain recordings listed in Exhibit A to their complaint. They seek extraordinary relief in the nature of an application for leave to take immediate discovery of defendant's internet service provider in order to determine the identity of the defendant. The court has reviewed the complaint and its attachments and finds that plaintiffs have failed to provide the copyright registration forms showing their ownership of the copyrights alleged. In order to obtain any relief in this action, including the extraordinary relief they now seek, they must present evidence of their title or rights to the copyrights in question.

    Therefore, plaintiffs shall submit within thirty (30) days of the date of this order the copyright registrations for each of the alleged works and if the copyrights are not held in the name of the named plaintiff either as the claimant or as the party who is the owner of the copyright, they shall submit the documents necessary to show assignments or other transfers of title to the named plaintiff.

    Upon submission of the above described documents, the court will proceed with this action, including extending the time within which the defendant must be served.

Date: June 5, 2008

MARILYN HALL PATEL
United States District Court Judge
Northern District of California