Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone: (415) 268-2000
Facsimile: (415) 268-1999
Email: matt.jaksa@hro.com

Attorneys for Plaintiffs,
UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; BMG MUSIC; ARISTA RECORDS LLC; and WARNER BROS. RECORDS INC.

RECEIVED
SEP 20 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND
E-filing

MHP

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

C07-04860

UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,
    Plaintiffs,

v.

JOHN DOE,
    Defendant.

CASE NO.

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO TAKE IMMEDIATE DISCOVERY

Proposed Order
Case No.
#32532 v1

1  Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the
2  Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:
3  ORDERED that Plaintiffs may serve immediate discovery on University of San Francisco to
4  obtain the identity of Defendant John Doe ("Defendant") by serving a Rule 45 subpoena that seeks
5  documents that identify Defendant, including the name, current (and permanent) address and
6  telephone number, e-mail address, and Media Access Control addresses for Defendant. The
7  disclosure of this information is consistent with University of San Francisco's obligations under 20
8  U.S.C. 1232g.
9  IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to
10 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights
11 under the Copyright Act. **EXCEPT THAT RIGHTS TO ACCODING IN EX. A NOT ESTABLISHED**
12 **BY DOCUMENTATION SUBMITTED.**

14 Dated: 9/26/2008                             By: _____
                                                    United States District
                                                    IT IS SO ORDERED
                                                    Judge Marilyn H. Patel



Proposed Order
Case No.
#32532 v1