1 | Tom Kerr (State Bar No. 241530)
2 | HOLME ROBERTS & OWEN LLP
3 | 560 Mission Street, 25th Floor
  | San Francisco, CA  94105-2994
4 | Telephone:  (415) 268-2000
  | Facsimile:   (415) 268-1999
5 | Email:  tom.kerr@hro.com

6 | Attorney for Plaintiffs

7 | UMG RECORDINGS, INC.; VIRGIN
8 | RECORDS AMERICA, INC.;
  | INTERSCOPE RECORDS; BMG MUSIC;
9 | ARISTA RECORDS LLC; and WARNER
10| BROS. RECORDS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; BMG MUSIC, a New York general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>            Plaintiffs,<br><br>       vs.<br><br>JOHN DOE,<br><br>            Defendant. | Case No.: 3:07-cv-04860-MHP<br><br>Honorable Marilyn H. Patel<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL WITHOUT PREJUDICE
Case No. 3:07-cv-04860-MHP

1
2    Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs UMG RECORDINGS,
3  *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their
4  copyright infringement claims against Defendant, each party to bear his or her own
5  fees and costs.  The Clerk of Court is respectfully requested to close this case.
6
7  Dated: March 3, 2009                              HOLME ROBERTS & OWEN LLP
                                                     TOM KERR (STATE BAR NO. 241530)
8
9
10                                       By _____
11                                           Tom Kerr
                                             Attorney for Plaintiffs
12                                           UMG RECORDINGS, INC.;
                                             VIRGIN RECORDS AMERICA,
13                                           INC.; INTERSCOPE RECORDS;
                                             BMG MUSIC; ARISTA RECORDS
14                                           LLC; and WARNER BROS.
15                                           RECORDS INC.
16
17
18
19
20                              
21
22
23
24
25
26
27
28  NOTICE OF DISMISSAL WITHOUT PREJUDICE
    Case No. 3:07-cv-04860-MHP

1